**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MAJOR JAMES,

                    Plaintiff,                19 **CIVIL** 6966 (GBD) (KNF)

     -against-                              **JUDGMENT**

MICHAEL CAORA, Superintendent,
                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 11, 2020, Magistrate Judge Fox's Report and Recommendation is adopted; the Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No.2), is therefore denied.

**DATED:**  New York, New York
              June 12, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                                          **BY:** _____
                                                           **Deputy Clerk**