

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MAJOR JAMES,

        Petitioner,

  -against-

MICHAEL CAPRA, *Superintendent*,

        Respondent.
------------------------------------------------------------ x

ORDER

19 Civ. 6966 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

  This Court declines to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal herefrom would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Dated: New York, New York
   July 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge